B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re Troy Blaine Leptien & Elizabeth Catherine Leptien ,  Case No. 09-30502
  Debtor                                                    Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

**Creditor's Name:**         | **Describe Property Securing Debt:**
Coutnrywide Home Loans       | Home
450 American St.             | 61 south hook rd. pennsville, nj 08070
Simi Valley, CA 93065        |

Property will be *(check one)*:
 ☑ Surrendered           ☐ Retained

If retaining the property, I intend to *(check at least one)*:
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
 ☐ Claimed as exempt        ☑ Not claimed as exempt

---

Property No. 2 *(if necessary)*

**Creditor's Name:**         | **Describe Property Securing Debt:**
Bank of America              | Harley Motorcycle 2008; 3,300 miles
201 N. Tyron St.             |
Charlotte, NC 28255          |

Property will be *(check one)*:
 ☑ Surrendered           ☐ Retained

If retaining the property, I intend to *(check at least one)*:
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
 ☐ Claimed as exempt        ☑ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. *(All three columns of Part B must be completed for Each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1    NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  ❐ YES    ❐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  ❐ YES    ❐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  ❐ YES    ❐ NO |

___1___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: 3-17-10

/s/ Troy Blaine Leptien
Signature of Debtor

/s/ Elizabeth Catherine Leptien
Signature of Joint Debtor

B8 (Official Form8)(12/08) Page 3

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

Property No: 3

**Creditor's Name:**
Sovereign Bank
865 Brook St.
Rocky Hill, CT 06067

**Describe Property Securing Debt:**
2004 Dodge Ram Truck 39,000 miles

Property will be *(check one)*:

[✓] Surrendered          [ ] Retained

If retaining the property, I intend to *(check at least one)*:

[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one)*:
[ ] Claimed as exempt          [✓] Not claimed as exempt

---

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30633 - PDF-XChange 3.0